**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7741**

---

FRED SHORES, JR.,

Plaintiff - Appellant,

versus

ALFRED W. BETHEA, Assistant United States At-
torney; JOHN H. HARE, Assistant Federal Public
Defender,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenwood.  William B. Traxler, Jr., District
Judge.  (CA-96-2716-6-21-AK)

---

Submitted:  February 27, 1997      Decided:  March 13, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Fred Shores, Jr., Appellant Pro Se.  Alfred W. Bethea, OFFICE OF
THE UNITED STATES ATTORNEY, Florence, South Carolina; John H. Hare,
FEDERAL PUBLIC DEFENDER'S OFFICE, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to obtain a document under Fed. R. Civ. P. 27 and dismissing his 42 U.S.C. § 1983 (1994) action without prejudice. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shores v. Hare</u>, No. CA-96-2716-6-21-AK (D.S.C. Oct. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2